UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 23-1382-DMG (JPRx)** | Date | May 12, 2023 |
|---|---|---|---|

| Title | ***Gabriela Mendoza v. The Procter and Gamble Company*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE MOTION TO DISMISS [18]**

On May 11, 2023, Plaintiff filed a First Amended Complaint ("FAC") as a matter of course under Rule 15(a).  [Doc. # 25.]  See Fed. R. Civ. P. 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . .").  In light of the foregoing, Defendant's motion to dismiss [Doc. # 18], filed on April 20, 2023, is DENIED without prejudice as moot.  The June 9, 2023 hearing on that motion is VACATED.

IT IS SO ORDERED.