**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA MENDOZA, an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY, an Ohio corporation,<br><br>Defendant. | Case No.: 2:23-cv-1382-DMG-JPR<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Honorable Dolly M. Gee |

1

*Mendoza v. The Procter & Gamble Co.*, Case No. 2:23-cv-1382-DMG-JPR
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)

1  **TO THE HONORABLE COURT:**

2  **PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gabriela Mendoza ("Plaintiff") and Defendant The Procter & Gamble Company ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each party is to bear her or its own attorneys' fees, expenses, and costs.

Dated:   March 31, 2025           Respectfully submitted,

                                  */s/ Ronald A. Marron*
                                  RONALD A. MARRON

                                  **LAW OFFICES OF RONALD A. MARRON**
                                  RONALD A. MARRON
                                  *ron@consumersadvocates.com*
                                  ALEXIS M. WOOD
                                  *alexis@consumersadvocates.com*
                                  651 Arroyo Drive
                                  San Diego, California 92103

                                  ***Attorneys for Plaintiff and the Proposed Class***

DATED: March 31, 2025             Respectfully submitted,


                                  */s/ Dillon H. Grimm*
                                  DILLON H. GRIMM

                                  **COVINGTON & BURLING LLP**
                                  Dillon H. Grim (pro hac vice)
                                  *dgrimm@cov.com*

2

One CityCenter
850 Tenth Street NW
Washington, DC 20001

**Counsel for Defendant**

## ELECTRONIC SIGNATURE CERTIFICATION

I, Ronald A. Marron, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this electronic filing.

*/s/ Ronald A. Marron*
Ronald A. Marron

3

*Mendoza v. The Procter & Gamble Co.*, Case No. 2:23-cv-1382-DMG-JPR
JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)